1
2
3
4
5
6
7
8

# United States District Court
# Central District of California

9
10
11

| | |
|---|---|
| 12 ANDRE BORROWS, an individual, | Case No. 2:16-CV-02064-ODW(RAO) |
| 13        Plaintiff, | |
| 14    v. | **ORDER TO SHOW CAUSE RE** |
| 15 SPREADSHIRT, INC., a Delaware | **SETTLEMENT** |

ANDRE BORROWS, an individual,

       Plaintiff,

   v.

SPREADSHIRT, INC., a Delaware

corporation; CHASE MCDUFFIE, an

individual; AIDAN WARD, an individual;

RODERICK RODRIGUEZ, an individual;

GRIGORI BOUDENKOV, an individual;

BARRY HIGGINS, an individual;

ANDREW HIGGINS, an individual; and

Does 8 through10,

       Defendants.

Case No. 2:16-CV-02064-ODW(RAO)

**ORDER TO SHOW CAUSE RE SETTLEMENT**

///
///
///
///
///

1  In light of the Notice of Settlement with Defendant Chase McDuffie (ECF No.
2  45), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by
3  December 27, 2016, why settlement has not been finalized with this Defendant.  No
4  hearing will be held.  The Court will discharge this Order upon the filing of a
5  dismissal that complies with Federal Rule of Civil Procedure 41.

6

7  **IT IS SO ORDERED.**

8  November 7, 2016

9

10  _____

11  **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28