# United States District Court
# Central District of California

| | |
|---|---|
| ANDRE BORROWS,<br><br>        Plaintiff,<br><br>    v.<br><br>SPREADSHIRT, INC.; RODERICK RODRIGUEZ; AIDAN WARD; GRIGORI BOUDENKOV; BARRY HIGGINS; ANDREW HIGGINS; and DOES 8 through 10,<br><br>        Defendants. | Case No. 2:16-CV-02064-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE** |

      On March 25, 2016, Plaintiff Andre Borrows filed this lawsuit for copyright infringement. (ECF No. 1.) However, it appears Plaintiff failed to serve Defendants Grigori Boudenkov, Barry Higgins, and Andrew Higgins within the Federal Rule of Civil Procedure 4(m) period.

      Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **April 5, 2017**, why the Court should not dismiss those three Defendants for failure to effect service of process within the Rule 4(m) period. The Court will discharge this

Order upon the filing of a proof of service as to each Defendant. Failure to timely respond to this Order may result in the dismissal of this case without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

March 28, 2017

_____
                **OTIS D. WRIGHT, II
                UNITED STATES DISTRICT JUDGE**