# United States District Court
# Central District of California

| | |
|---|---|
| ANDRE BORROWS,<br><br>        Plaintiff,<br><br>    v.<br><br>SPREADSHIRT, INC.; RODERICK RODRIGUEZ; AIDAN WARD; GRIGORI BOUDENKOV; BARRY HIGGINS; ANDREW HIGGINS; and DOES 8 through 10,<br><br>        Defendants. | Case No. 2:16-CV-02064-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///

The Court previously issued an order to show cause why Defendants Grigori Boudenkov, Barry Higgins, and Andrew Higgins should not be dismissed. (ECF No. 50.) Plaintiff filed a response to that order on April 5, 2017, asking for additional time to serve these three Defendants. (ECF No. 53.) The Court will allow Plaintiff until May 15, 2017, to serve these Defendants. If Plaintiff does not file proofs of service for these Defendants on or before May 17, 2017, the Court will dismiss them without prejudice without further notice.

**IT IS SO ORDERED.**

April 17, 2017

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**