# United States District Court
# Central District of California

ANDRE BORROWS,

      Plaintiff,

    v.

SPREADSHIRT, INC.; RODERICK
RODRIGUEZ; AIDAN WARD;
GRIGORI BOUDENKOV; BARRY
HIGGINS; ANDREW HIGGINS; and
DOES 8 through 10,

      Defendants.

Case No. 2:16-CV-02064-ODW(RAO)

**ORDER TO SHOW CAUSE**

///
///
///
///
///
///
///
///

The Court previously issued an order to show cause giving Plaintiff until May 17, 2017, to file proofs of service for Defendants Grigori Boudenkov, Barry Higgins, and Andrew Higgins.  (ECF No. 55.)  Plaintiff did not do so.  As such, the Court **DISMISSES** these three Defendants without prejudice.

The Court further notes that Defendant Roderick Rodriguez was served with the first amended complaint but has not filed a timely response.  (ECF No. 37.)  Plaintiff must move for default with the Clerk of Court against Defendant Rodriguez on or before May 24, 2017, and file a motion for default judgment with the Court on or before May 30, 2017, or the Court will dismiss Defendant Rodriguez without prejudice without further notice.

Additionally, the Court notes that the first amended complaint names Spreadshirt, Inc. as a Defendant.  (ECF No. 33.)  However, the Notice of Withdrawal of Service of Summons and Complaint (ECF No. 39), indicates that Defendant Spreadshirt is "no longer a party to this action."  This is perplexing as the docket does not include any notice of settlement or voluntary dismissal regarding Defendant Spreadshirt.  The Court gives Plaintiff until May 24, 2017, to file an objection to the dismissal of Defendant Spreadshirt.  Plaintiff's failure to file an objection to Defendant Spreadshirt's dismissal by that date will result in the dismissal of Defendant Spreadshirt with prejudice.

**IT IS SO ORDERED.**

May 19, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**